UNITED STATES DISTRICT COURT MIDDLE DISTRICT
OF FLORIDA ORLANDO DIVISION

Case No. _____

RIDGH GENESIS ACHILLE

v.

SECRETARY, DEPARTMENT
OF CORRECTIONS AND
ATTORNEY GENERAL STATE
OF FLORIDA,                    /

L.T. No. 2015-CF-495-05
S.C. No. Sc22-800
D.C.A No. 5D20-2627

"EMERGENCY PETITION FOR WRIT OF HABEAS CORPUS"

COMES NOW THE PETITIONER, RIDGH GENESIS ACHILLE, BY AND THROUGH PRO SE RESPECTFULLY REQUESTS THIS COURT ISSUE OF A WRIT OF HABEAS CORPUS TO PRECLUDE THE COURT BELOW FROM PROCEEDING FURTHER IN ADJUDICATING CRIMINAL CHARGES AGAINST PETITIONER ON THE GROUNDS THAT THE STATUTE OF LIMITATION BARS PROSECUTION AGAINST PETITIONER UNDER 775.15 AND 812.035 Fla. Stat. AND ALSO, ON THE GROUNDS THAT PETITIONER SIXTH AND FOURTEENTH AMENDMENT RIGHTS TO A CONSTITUTIONAL SPEEDY TRIAL WERE VIOLATED. IN SUPPORT THEREOF, PETITIONER SUBMITS ATTACHED DOCUMENT AND FACTS.

## FACTS

1. THE PETITIONER HAS EXHAUSTED ALL STATE REMEDIES, PLEASE SEE ABOVE MENTIONED CASE No.

2. THE DEFENDANT IS DUE FOR SENTENCING ON 10/7/22 AND IS SUBJECTED TO LIFE.

WHEREFORE, THE PETITIONER REQUEST THIS HONORABLE COURT TO GRANT THIS MOTION, AND ISSUE A STAY IN THE LOWER TRIBUNAL COURTS. ALSO PLEASE DOCTOR THE ATTACHED DOCUMENT WITH THIS MOTION.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING HAS BEEN SENT U.S MAIL TO THE UNITED STATES DISTRICT COURT 401 W. Central Blvd., Suite 1200 Orlando, Fl 32801 ON 9/13/22

Ridgh Achille #919123
402 Simpson Road
Kissimmee Fl 34744